290 So.2d 183

**In re LaFaye ANDERSON**

v.

**Joseph Allen ANDERSON, Sr.**

**Ex parte LaFaye Anderson.**

**SC 703.**

Supreme Court of Alabama.

Feb. 7, 1974.

Rehearing Denied March 7, 1974.

Joseph P. Hughes, Geneva, for petitioner.

No brief for respondent.

McCALL, Justice.

Petition of LaFaye Anderson for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Anderson v. Anderson, Sr., 52 Ala.App. 120, 290 So.2d 181.

Writ denied.

HEFLIN, C. J., and COLEMAN, FAULKNER and JONES, JJ., concur.

■

290 So.2d 217

**In re Roosevelt BAKER**

v.

**STATE.**

**Ex parte Roosevelt Baker.**

**SC 684.**

Supreme Court of Alabama.

Feb. 14, 1974.

David L. Thomas, Huntsville, for petitioner.

No brief for the State.

HARWOOD, Justice.

Petition of Roosevelt Baker for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Baker v. State, 52 Ala.App. 150, 290 So.2d 214.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.